# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20cr478-002 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| Kevin M. Krantz, | ) | |
| Defendant(s). | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Kevin M. Krantz which was referred to the Magistrate Judge with the consent of the parties.

On September 9, 2020, the Government filed a twelve count Indictment, charging Defendant Krantz in five counts, with Conspiracy to Commit Mail Fraud and Wire Fraud, Mail Fraud, and Wire Fraud, in violation of Titles 18 U.S.C. § 1349, 18 U.S.C. § 1341, and 18 U.S.C. § 1343.  Defendant Krantz was arraigned on September 22, 2020, and entered a plea of not guilty to Counts 1, 2, 3, 4, and 5 of the Indictment before this Court.  On February 17, 2022, Magistrate Judge William H. Baughman, Jr., received Defendant Krantz's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Krantz is found to be competent to enter a plea and to understand his constitutional rights.  He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

    Therefore, Defendant Krantz is adjudged guilty of Count 1of the Indictment, Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of Title 18 U.S.C. § 1349. This matter was referred to U.S. Pretrial Services and Probation for the completion of a pre-sentence investigation and report. Sentencing will take place on June 14, 2022 at 10:30 a.m. either via Zoom or in Courtroom 18B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, OH.

    IT IS SO ORDERED.

    <u>s/Dan Aaron Polster    3/28/2022</u>
    DAN AARON POLSTER
    UNITED STATES DISTRICT JUDGE